IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN, | 1:07-cv-01821-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 8) |
| A. HEDGPETH, et al., | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS |
| | (Doc. 5.) |
| Defendants. | ORDER VACATING COURT'S ORDER OF DECEMBER 26, 2007 |
| | (Doc. 6.) |
| | ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS TO CEASE DEDUCTION OF PAYMENTS FROM PLAINTIFF'S TRUST ACCOUNT FOR THIS ACTION |
| | ORDER FOR PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN 15 DAYS |
| | ORDER FOR CLERK TO SERVE THIS ORDER ON THE CDC AND THE COURT'S FINANCIAL DEPARTMENT |
| | FIFTEEN DAY DEADLINE TO PAY FILING FEE |

Lonzell Green ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

1

On June 26, 2008, findings and recommendations were entered, recommending that plaintiff's in forma pauperis status be revoked and plaintiff be required to pay the $350.00 filing fee within fifteen days. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. According to court financial records, the court has not received any payment of the filing fee in this action. In light of this order, the court shall vacate its order of December 26, 2007 which directed the California Department of Corrections ("CDC") to deduct payments from plaintiff's prison trust account for payment of the filing fee.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 26, 2008, are ADOPTED in full;

2. Plaintiff's in forma pauperis status is REVOKED;

3. The court's order of December 26, 2007, which directed the CDC to deduct payments from plaintiff's prison trust account for payment of the filing fee, is VACATED;

4. The CDC is DIRECTED to cease collection of payments for the filing fee in this action from plaintiff's prison trust account;

5. Within fifteen days of the date of service of this order, plaintiff SHALL PAY the $350.00 filing fee in full;

6. Plaintiff's failure to comply with this order SHALL RESULT in the dismissal of this action; and

7. The Clerk is DIRECTED to serve a copy of this order on:

    (1)    the Financial Department of the United States District Court, Eastern District of California, Fresno Division; and

    (2)  the Director of the California Department of Corrections, 1515 "S" Street, Sacramento, California 95814.

IT IS SO ORDERED.

**Dated:**   **August 18, 2008**         **/s/ Anthony W. Ishii**
                    CHIEF UNITED STATES DISTRICT JUDGE