IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN, | 1:07-cv-01821-AWI-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| A. HEDGPETH, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Plaintiff Lonzell Green ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2008, pursuant to 28 U.S.C. § 1915(g), the court revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $350.00 filing fee in full within fifteen days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than fifteen days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. This is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee; and

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 17, 2008**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE